JULIE FRAZIER BROWN       :     SUIT NUMBER: 609,894

VERSUS       :     FIRST JUDICIAL DISTRICT COURT

CINEMARK USA, INC. D/B/A       :     CADDO PARISH, LOUISIANA
CINEMARK TINSELTOWN AND
XD

PERMANENT ASSIGNMENT       :     SECTION: C

*(right margin, vertical stamp)* SCAN#709201800002288

*(right side)* **EXHIBIT A (7 PAGES)**

## PETITION FOR PERSONAL INJURIES

NOW INTO COURT, through undersigned counsel of record, comes and appears petitioner,

JULIE FRAZIER BROWN, a person of the full age of majority, who with respect represents to the

Court the following:

1.

Made the defendant in this petition is the following:

**CINEMARK USA, INC. D/B/A CINEMARK TINSELTOWN AND XD (sometimes referred to herein as "CINEMARK"),** a foreign corporation authorized to do and doing business in the State of Louisiana, having appointed Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, Louisiana 70802, as its agent for service of process.

2.

The parties hereto, the subject matter hereof, and all matters and things herein contained are within the jurisdiction of this Honorable Court.

3.

The wrongful acts which injured the petitioner, JULIE FRAZIER BROWN, occurred on or about July 7, 2017.

4.

The incident occurred on the premises of the defendant, CINEMARK, located at 8400 Millicent Way, Shreveport, Caddo Parish, Louisiana 71105, where CINEMARK owns and operates a movie theater containing multiple rooms with screens for customers to view movies. The aforementioned premises was at all times pertinent to this case in the custody, care, control and garde of the defendant, CINEMARK. It was also at all times pertinent to this case maintained and operated by the defendant, CINEMARK.

Chris Miciotto
# 6051

PGS 12   EXH ___   MIN ✓
CC 1   CP ___   MAIL ___   N/J ___
INDEX 4   REC ___   FAX ___
W/D DOC ___   CERT MAIL ___
SERVICE ___ 1 cu

$300.00

FILED
JUL 06 2018
CADDO PARISH

5.

On or about July 7, 2017, the petitioner, JULIE FRAZIER BROWN, was on the premises of the defendant, CINEMARK, sitting with her husband inside one of the movie theaters waiting for a movie to begin. Prior to the start of the movie, the petitioner decided to go to the concession area to get a drink. As petitioner was walking down the stairs/steps of the defendant's theater, a raised portion on the end of one of the stairs/steps (which created an unreasonably dangerous condition), caused the petitioner to trip and violently fall down several stairs/steps. As a result of the trip and fall, the petitioner sustained severe injuries and other damages, including two (2) fractures to her right leg.

6.

The defendant, CINEMARK, and/or its respective employees/servants/agents had actual and/or constructive knowledge of the presence of the raised portion of the stair/step prior to the time of the petitioner's fall. Nevertheless, the defendant failed to take all appropriate actions to remedy the unreasonably dangerous condition which the stair/step posed and/or to prevent the petitioner from falling due to the unreasonably dangerous condition of the stair/step on the defendant's premises. The defendant, CINEMARK, also failed to provide adequate and/or proper warnings to the petitioner that a portion of the stair/step was protruding up from the stair/step and/or that a hazardous and unreasonably dangerous condition was present on the stair/step. Further, the defendant failed to block or restrict access to the area where the unreasonably dangerous condition existed.

7.

The defendant, CINEMARK, and its respective employees/servants/agents should have timely remedied the hazardous and unreasonably dangerous condition on the premises. CINEMARK should have also adequately and timely warned the petitioner of the presence of the unreasonably dangerous condition on its premises. The defendant, CINEMARK, had a duty to adequately, timely and properly warn the petitioner of the hazardous and unreasonably dangerous condition on its premises. The defendant, CINEMARK, should have timely taken all reasonable steps to protect petitioner and others in the theater from tripping and falling on the unreasonably dangerous condition

2

on the stair/step.  The defendant had actual and constructive notice that a piece of the stair/step was protruding prior to the time that the petitioner was caused to fall by the unreasonably dangerous condition on the premises of the defendant.  The defendant should not have created the unreasonably dangerous condition on its premises.  The defendant should have repaired the stair/step and/or restricted access to the area until the stair/step was repaired, replaced or otherwise properly remedied. The defendant should have timely repaired or otherwise timely remedied the unreasonably dangerous condition on its premises.  The defendant should have placed warnings in easily visible areas where the hazardous condition existed.  The defendant should not have allowed the petitioner or other customers inside the theater and/or on the property/premises until the dangerous condition was repaired and/or removed.  As a result of the negligence of the defendant, CINEMARK, and its respective employees/servants/agents, the defendant is liable for all of the injuries and other damages suffered by your petitioner.

8.

The defendant, CINEMARK, and its  employees/servants/agents are guilty of fault, breach of duties and negligence.  The defendant had a duty to keep its premises in a reasonably safe condition, and by failing to do so became liable for all of the injuries and other damages sustained by your petitioner.

9.

The terrible fall which resulted from the fault, breach of duties and negligence of the defendant, CINEMARK, and its respective employees/servants/agents caused the petitioner, JULIE FRAZIER BROWN, to suffer severe injuries and other damages.

10.

Your petitioner was completely free from any and all negligence, fault or breach of duties which in any manner contributed to her injuries and other damages.  Your petitioner did not do anything or fail to do anything that caused or in any way contributed to her injuries and other damages.  Your petitioner will show that the incident was caused by the sole fault, breach of duties and negligence of the defendant, CINEMARK, and/or its employees/servants/agents/representatives, for whose negligent actions/inactions, the defendant, CINEMARK, is vicariously liable.

3

11.

The fault, breach of duties and negligence of the defendant, CINEMARK, and/or its employees/servants/agents, for whose negligent actions/inactions it is vicariously liable, consists of the following nonexclusive particulars:

A.     Creating a hazardous and unreasonably dangerous condition on the premises without taking all reasonable steps to protect petitioner and others;

B.     Causing the step/stair to have a raised edge;

C.     Failing to timely and properly repair the stair/step which caused the petitioner to fall;

D.     Failing to repair the stair/step prior to allowing petitioner and other customers to enter the area of the theater where the stair/step was creating an unreasonably dangerous condition on the premises;

E.     Having actual and/or constructive notice of the protruding portion of the stair/step and failing to timely repair and/or otherwise properly remedy the stair/step;

F.     Failing to timely take all reasonable steps to timely and properly remedy the hazardous and unreasonably dangerous condition on the premises;

G.     Failing to properly, timely and adequately warn the petitioner of the presence of the hazardous and unreasonably dangerous condition on the premises;

H.     Failing to warn petitioner that a portion of the stair/step was protruding and/or that an unreasonably dangerous condition was present on the premises;

I.     Having a raised edge on a step that it knew or should have known would be traversed by people in dark conditions;

J.     Improperly and/or inadequately inspecting the step before petitioner and others was/were allowed to enter the theater;

K.     Having actual and/or constructive notice of the unreasonably dangerous condition of the step prior to the petitioner being caused to fall by same, because it had numerous employees/servants agents inspect and clean the entire theater just prior to the petitioner entering the theater;

*4*

L. Having actual and/or constructive knowledge that a portion of the stair/step was protruding and failing to timely take all reasonable steps to prevent petitioner and others from being injured due to the unreasonably dangerous condition of the stair/step;

M. Failing to properly inspect the premises;

N. Failing to take all reasonable and appropriate actions to prevent the petitioner's fall and resulting injuries and other damages;

O. Failing to omit all actions that if omitted would have prevented the petitioner's fall and resulting injuries and other damages;

P. Failing to act as a reasonable and prudent person would have acted under the same or similar circumstances.

Your petitioner states that each of the above acts or failures to act was the cause in fact of the fall and resulting injuries and other damages to your petitioner.

12.

The defendant, CINEMARK, should have maintained the premises in a safe condition. The defendant, CINEMARK, should not have created the unreasonably dangerous condition, should have timely repaired the stair/step that defendant had actual and constructive notice of prior to the petitioner being injured due to the unreasonably dangerous condition of the stair/step. The defendant, CINEMARK, should have timely remedied the hazardous condition and/or properly and adequately warned of its presence to prevent the fall of the petitioner, JULIE FRAZIER BROWN. The defendant, CINEMARK, and its employees/servants/agents are guilty of fault, breach of duties and negligence, which resulted in significant injuries and other damages to the petitioner.

13.

The terrible fall caused severe, painful and disabling injuries to the petitioner, JULIE FRAZIER BROWN.

14.

Because your petitioner, JULIE FRAZIER BROWN, is not trained in medical terminology, she cannot describe the exact injuries sustained by her in precise medical terms in the same manner

5

as can physicians. However, petitioner will show that she sustained severe and excruciating injuries to her leg and other parts of her body as a result of the negligence of the defendant, CINEMARK, and its employees/servants/agents.

15.

Because of the injuries that your petitioner suffered, she has suffered both past and future economic damages including but not limited to lost wages, lost earning capacity, lost economic opportunity and/or lost household services.

16.

Your petitioner, JULIE FRAZIER BROWN, states that as a result of this wrongful act caused by the fault, breach of duties and negligence of the defendant, CINEMARK, and its employees/servants/agents, she has suffered the following damages:

A.   Past and future physical pain and suffering as may appear reasonable in the premises;

B.   Past and future mental pain and anguish as may appear reasonable in the premises;

C.   Past and future physical disability as may appear reasonable in the premises;

D.   Past and future loss of enjoyment of life as may appear reasonable in the premises;

E.   Past and future humiliation and embarrassment as may appear reasonable in the premises;

F.   Past and future physical impairment as may appear reasonable in the premises;

G.   Past and future inconvenience as may appear reasonable in the premises;

H.   Risk of traumatically induced arthritis as may appear reasonable in the premises;

I.   Past and future medical, hospital, doctor, and/or chiropractic bills as may appear reasonable in the premises;

J.   Past and future expenses for drugs, medicines and orthopedic devices as may appear reasonable in the premises;

K.   Past and future expenses for physical therapy as may appear reasonable in the premises;

L.   Loss of past and future economic damages including lost wages, lost earning capacity, lost economic opportunity and/or lost household services as may appear reasonable in the premises; and

M.   Permanent scarring and disfigurement.

17.

Your petitioner's damages do not exceed $75,000.00 exclusive of interest and costs.

18.

Your petitioner will be required to call at the trial on the merits, medical experts and other expert witnesses to establish the extent of her injuries and damages.  Your petitioner is entitled to have these expenses taxed as additional costs of Court.

W H E R E F O R E,  your petitioner prays that:

1.

The defendant,  CINEMARK USA, INC. D/B/A CINEMARK TINSELTOWN AND XD, be served with a copy of this petition and cited to appear and answer same;

2.

After all legal delays and due proceedings had, that there be judgment in favor of your petitioner, JULIE FRAZIER BROWN, and against the defendant for the total amount of damages, together with legal interest thereon from the date of judicial demand until paid, together with all costs of these proceedings to include the costs for all expert witnesses of any description, including but not limited to economic and medical experts;

3.

For all other relief, both general and equitable, necessary in the premises.

THE LAW OFFICE OF ALLEN COOPER, L.L.C.
551 Kings Highway
Shreveport, Louisiana 71104
Telephone:    (318) 865-5291
Facsimile:    (318) 865-5120
Email:        allencooperlaw@aol.com
Email:        chris@allencooperlaw.com


BY:_____
J. ALLEN COOPER, JR. Bar No. 20762
J. CHRISTOPHER MICIOTTO, Bar No. 26087
ATTORNEYS FOR PETITIONER,
JULIE FRAZIER BROWN

PLEASE SERVE:

CINEMARK USA, INC. D/B/A CINEMARK TINSELTOWN AND HD
Through its registered agent for service of process:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

## AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE _____
disclose the following protected health information (PHI) from the medical records of the patient listed    to use or
below to:

Requestor Name:

Requestor Address:       Ben Marshall, Jr.
                         Mayer, Smith & Roberts, LLP
                         1550 Creswell Avenue
                         Shreveport, LA 71101

**EXHIBIT B (1 PAGE)**

Patient Name: *JULIE FRAZIER BROWN*
Patient DOB: *02-22-1967*
Patient Social Security Number: *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*
Patient Address: *731 Booth Dr, Shreveport, LA 71107*

Disclose the following PHI for treatment dates from FIRST VISIT through current DATE.

| | | |
|---|---|---|
| ____ Abstract/Pertinent | ____ History and Physical | ____ Discharge Summary | ____ Consult |
| ____ Operative Report | ____ Progress Notes | ____ Physician Orders | ____ X-ray |
| ____ ER Report | ____ Lab | ____ Nurses Notes | X Entire Chart |
| _X_ Other Specified: **any and all MRI, CT Scan, x-ray films/diagnostic test results** | | | X Billing |

The above information is disclosed for the following purposes:

____ Medical Care   _X_ Legal   ____ Insurance   ____ Personal   ____ Other

I acknowledge and hereby consent to such, that the released information may contain alcohol and drug abuse, psychiatric, HIV or genetic information. I ____ DO NOT AUTHORIZE release of HIV test results. (*Initial*)

This authorization shall expire upon this expiration date: *1/4/21*   **If I fail to specify an expiration date or event, this authorization will expire one (1) year from the date on which it was signed.

- I understand that I have the right to revoke this authorization at any time. I understand that I must do so in writing and present the written revocation to Ben Marshall, Jr. I understand that the revocation will not apply to information that has already been released to this authorization.
- The information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient and no longer protected.
- I hereby release and discharge the above provider of any liability for complying with this authorization.
- I understand that I do not have to sign this authorization, and my treatment or payment for services will not be denied if I do not sign this form.
- I understand that services may be denied if I do not authorize the release of information related to healthcare services provided for the purpose of providing information to a third party (e.g. fitness-for-work test).
- This release does not authorize verbal communications by the healthcare provider to the requesting party.
- A copy of this authorization may be used with the same authority as the original.

I have read the above and authorize the disclosure of the protected health information as stated.

*Julie Frazier Brown*                    *1-11-2019*
                                         Date

If signed by a legal representative, relationship to patient: _____

_____          _____
Signature of Witness                       Date

OneContent: Generated By ECHRISTUS\KUW00001

CHRISTUS Health System

Schumpert Highland
1453 East Bert Kouns
Shreveport, LA 71105
RADIOLOGY REPORT
Signed

**EXHIBIT C (1 PAGE)**

Pt Name: BROWN,JULIE FRAZIER
DOB: 02/22/1967  F 50
Account #: AA0000704703
MR: MD00553622
Patient Location: AA.EDMAIN/
Procedure: 0707-0088 DX/KNEE LIMITED AP LAT
CPT:73560
Requisition #: 17-0056044
REPORT #: 0707-0284

---

Date of Exam: 07/07/17
Time of Exam: 1810

Admitting Diagnosis
FALL
Ordering Diagnosis/Reason for exam
FALL

HISTORY: Right knee pain, fell.

COMPARISON:  None.

TECHNIQUE: Portable AP and crosstable lateral views of the right knee are submitted.

FINDINGS:

There is a severely comminuted fracture of the proximal tibia involving the medial and lateral tibial plateau. There is impaction of the tibial fragments.

There is also a fracture of the proximal shaft of the right fibula with medial angulation.

The distal femur and patella appear intact.

IMPRESSION:COMMINUTED FRACTURE OF PROXIMAL RIGHT TIBIA AND FIBULA AS DESCRIBED.

Dictated By: LEOPARD,PATRICK B MD
Date Dictated: 07/07/17 1923
Signed By:  LEOPARD,PATRICK B MD
Date Signed: 07/07/17 1946

D:  07/07/17 1923
T:  07/07/17 1923



Ochsner LSU Health Shreveport
1501 Kings Highway
Shreveport LA 71103
Inpatient Encounter

Brown, Julie Frazier
MRN: 1002473657, DOB: 2/22/1967, Sex: F
Adm: 7/7/2017, D/C: 7/11/2017

---

**Encounter Notes (continued)**

Addendum Note by Patrick A Massey, MD at 7/11/2017 1:28 PM (continued)

Op Note signed by Tyler James Stavinoha, MD at 7/17/2017 5:15 AM

| Author: Tyler James Stavinoha, MD | Service: Orthopedics | Author Type: Resident |
| Filed: 7/17/2017 5:15 AM | Date of Service: 7/8/2017 2:12 PM | Status: Signed |
| Editor: Tyler James Stavinoha, MD (Resident) | | |

University Health Shreveport
1541 Kings Highway, Shreveport, LA 71103

OPERATIVE REPORT

Patient Name: BROWN, JULIE FRAZIER
MRN: 1002473657
DATE OF PROCEDURE: 07/08/2017

PREOPERATIVE DIAGNOSIS: Right comminuted tibial plateau fracture.

POSTOPERATIVE DIAGNOSIS: Right comminuted tibial plateau fracture.

PROCEDURE PERFORMED: External fixator placement of left tibial plateau
fracture.

SURGEON: Dr. Massey

ASSISTANT: Tyler James Stavinoha, MD (R)

COMPLICATIONS: None.

DESCRIPTION OF PROCEDURE IN DETAIL: The patient was brought to the
operative suite,
placed supine on a C-max operative table and right lower extremity was
prepped and
draped in sterile fashion.  A time-out was performed.  Preoperative
antibiotics were
confirmed to have been administered.  Initially attention was directed
towards the
anteromedial tibial or just lateral the tibial crest approximately 25 cm
distal to the
tibial joint surface.  Outside of the identified fracture fragmentation of
the
bicondylar tibial plateau, a 5 mm incision was made with blunt dissection
down to the
anteromedial aspect of the tibia.  Self-drilling, self-tapping, 5 mm pins
were placed,
spaced out proximally the length of the six hole pin bar attachment clamp.

---

Ochsner LSU Health Shreveport
1501 Kings Highway
Shreveport LA 71103
Inpatient Encounter

Brown, Julie Frazier
MRN: 1002473657, DOB: 2/22/1967, Sex: F
Adm: 7/7/2017, D/C: 7/11/2017

---

**Encounter Notes (continued)**

**Op Note signed by Tyler James Stavinoha, MD at 7/17/2017  5:15 AM  (continued)**

Attention
then directed laterally, where in similar fashion anterior lateral pins
were placed on
the femur.  Once the bars were clamped into a diamond fashion, this was
distracted and
held at 10 degrees of flexion, clamped and routine pin site care was
performed after
releasing all the tissue surrounding that area.  The patient tolerated the
procedure
well.  There were no intraoperative complications.  Dr. Massey was present
for the
procedure.


TR: TS/BB    D: 07/09/2017 14:12:49    T: 07/09/2017 16:55:45
JOB: 46580461/1463950




Electronically signed by Tyler James Stavinoha, MD on 7/17/2017  5:15 AM

**Nursing Note - Retired by Angela Durham, LPN at 7/11/2017  1:26 PM**

| Author:  Angela Durham, LPN | Service: --- | Author Type:  Registered Nurse |
| Filed: 7/11/2017 1:27 PM | Date of Service:  7/11/2017 1:26 PM | Status: Signed |
| Editor:  Angela Durham, LPN (Registered Nurse) | | |

Pt transported to pt pick up via wheelchair escorted by the transportation department.

Electronically signed by Angela Durham, LPN on 7/11/2017  1:27 PM

**Nursing Note - Retired by Jeraka Marshall, RN at 7/11/2017  1:18 PM**

| Author:  Jeraka Marshall, RN | Service: Orthopedics | Author Type:  Registered Nurse |
| Filed: 7/11/2017 1:18 PM | Date of Service:  7/11/2017 1:18 PM | Status: Signed |
| Editor:  Jeraka Marshall, RN (Registered Nurse) | | |

I have reviewed and agree with the assessment and plan of care of Angela Durham, LPN for the patient.


Electronically signed by Jeraka Marshall, RN on 7/11/2017  1:18 PM

**Plan of Care by Luke Storrs, PT at 7/11/2017 10:02 AM**

| Author:  Luke Storrs, PT | Service:  Physical Medicine and Rehabilitation | Author Type:  Physical Therapist |
| Filed: 7/11/2017 1:17 PM | Date of Service:  7/11/2017 10:02 AM | Status: Signed |
| Editor:  Luke Storrs, PT (Physical Therapist) | | |

### Acute Physical Therapy Progress Note

**History:**

Julie Frazier Brown is a  50 y.o. female

---

Ochsner LSU Health Shreveport
1501 Kings Highway
Shreveport LA 71103
Inpatient Encounter

Brown, Julie Frazier
MRN: 1002473657, DOB: 2/22/1967, Sex: F
Adm: 7/20/2017, D/C: 7/24/2017

---

ED Records (continued)

**ED Notes**
No notes of this type exist for this encounter.

---

Encounter Notes

Op Note signed by Tyler James Stavinoha, MD at 7/26/2017  2:08 PM

| Author: Tyler James Stavinoha, MD | Service: Orthopedics | Author Type: Resident |
|---|---|---|
| Filed: 7/26/2017 2:08 PM | Date of Service: 7/20/2017 12:18 PM | Status: Signed |
| Editor: Tyler James Stavinoha, MD (Resident) | | |

University Health Shreveport
1541 Kings Highway, Shreveport, LA 71103

OPERATIVE REPORT

Patient Name: BROWN, JULIE FRAZIER
MRN: 1002473657
DATE OF PROCEDURE: 07/20/2017

PREOPERATIVE DIAGNOSIS: Right bicondylar tibial plateau fracture,
Schatzker type 6.

POSTOPERATIVE DIAGNOSIS: Right bicondylar tibial plateau fracture,
Schatzker type 6.

PROCEDURE PERFORMED:
1.  Open reduction, internal fixation of right tibial plateau.
2.  Deep hardware removal of external fixator.

SURGEON: Patrick Massey, MD

Tyler James Stavinoha, MD (R)

COMPLICATIONS: None.

DESCRIPTION OF PROCEDURE IN DETAIL: The patient was brought to the
operative suite,
placed supine on the C-max operative table with bumps under the
ipsilateral hip and
padding to protect all bony prominences, elevating his right lower
extremity. The right
lower extremity was prepped and draped in a sterile fashion without the
use of a
tourniquet. A time-out was performed and preoperative antibiotics were
confirmed to have
been administered. Initial incision was made in the posteromedial fashion

3

Ochsner LSU Health Shreveport
1501 Kings Highway
Shreveport LA 71103
Inpatient Encounter

Brown, Julie Frazier
MRN: 1002473657, DOB: 2/22/1967, Sex: F
Adm: 7/20/2017, D/C: 7/24/2017

**Encounter Notes (continued)**

Op Note signed by Tyler James Stavinoha, MD at 7/26/2017  2:08 PM  (continued)

between the
pes anserinus with sharp dissection and deep elevation between the pes
anserinus, medial
head of gastroc  deep reflection of semimembranosus, maintaining a cuff
for later
repair, was performed and elevation of the posteromedial aspect, the
shear typed
cortical fragment was identified and held in a reduced position. The
posteromedial plate
was then held in position and cortical screw held temporary fixation
where AP and
lateral confirmed reduction, buttressing up the posterior aspect of the
split as best
seen on the lateral view. Further screws reduced this with slight
compression. Attention
was then directed anterolaterally where a standard anterolateral approach
was centered
over Gerdy's tubercle with dissection/elevation of the anterior
compartment including
tibialis anterior, to identify the anterolateral structures, a sub-
meniscal arthrotomy
was performed with elevation and a meniscal repair was performed of a
longitudinal tear
through the meniscus. The joint line was able to be evaluated and
elevated central as
well as anterolateral pieces were mobilized. Select intervening
cancellous bone chips
were removed and held for further bone autograft. The central
fragmentation was elevated
up and temporarily held with K-wire fixation including direct articular
surface
evaluation from the anterolateral arthrotomy site.

An anterolateral plate was then placed and temporarily held with a
cortical metaphyseal
screw. This continued to have an anterolateral cortical window articular
surface was
heldin reduction with temporary cortical screw was placed into the
diaphyseal region and
a clamp confirmed continued reduction of the articular surface, a locking
screw x1 was
placed and cortical window wat then approached and norien calicium
phosphate bone



Ochsner LSU Health Shreveport
1501 Kings Highway
Shreveport LA 71103
Inpatient Encounter

Brown, Julie Frazier
MRN: 1002473657, DOB: 2/22/1967, Sex: F
Adm: 7/20/2017, D/C: 7/24/2017

Encounter Notes (continued)

Op Note signed by Tyler James Stavinoha, MD at 7/26/2017  2:08 PM  (continued)

product along with replacement of bone autograft was then placed in the intervening
central canal. Once this was in place additional screws with locking of the distal row
was performed, additional metaphyseal and diaphyseal screws. Once this was performed,
and Norian was held, wound closure was performed in a layered fashion, maintenance of
the overall coronal alignment as well as reduced articular surface was performed. Then
10 cc of Norian was injected into the intervening bone cement and into the surrounding
tissues was removed.

The meniscus, now attached with repair to lateral capsule was then repaired down through
the plate into the anterolateral capsular structures and wound closure was then
performed in a layered fashion using 0-Vicryl, 2-0 Vicryl. Skin was closed using 3-0
Monocryl suture. The semimembranosus had been reapproximated and reattached. Superficial
closure was performed and closed and covered with Dermabond. Intervening external
fixator sites which had been removed, prior to prepping and draping, were cleansed,
curetted and closed loosely with 3-0 nylon suture. The wound was then covered with ABD
pads, sterile dressing and kept in full extension and a hinged-knee brace.

The patient tolerated the procedure well. There were no intraoperative complications.
Dr. Massey was present for the entirety of the procedure.


TR: TS/LSD   D: 07/20/2017 12:18:40   T: 07/20/2017 13:45:29
JOB: 46663698/1511883



Electronically signed by Tyler James Stavinoha, MD on 7/26/2017  2:08 PM

5

CHRISTUS SCHUMPERT HEALTH SYSTEM
PO BOX 843577
Dallas, TX 75284
800.756.7999



1

FINAL

BROWN,JULIE FRAZIER                          AA0000704703 07/07/17 07/07/17 08/16/17

            BROWN,JULIE FRAZIER              BLUE CROSS PPO LA     LOS169A75459
            116 ATLANTIC AVE APT 30
            MILES CITY  MT   59301


                    ***  250 PHARMACY GENERAL  ***
07/07/17  2000003114  SODIUM CHLORIDE; SODIUM CHLORIDE 0.9%          1        20.00
                      FLUSH INJ (10
                                                                          ----------
                                                                              20.00
                    ***  301 LABORATORY CHEMISTRY  ***
07/07/17  3100000595  BASIC METABOL PNL CALCIUM TOT                 1       215.00
                                                                          ----------
                                                                             215.00
                    ***  305 LAB HEMATOLOGY  ***
07/07/17  3200000062  CBC W AUTO DIFF                               1       136.00
07/07/17  3200000033  PROTHROMBIN TIME                              1       120.00
07/07/17  3200000043  PARTIAL THROMBOPLASTIN TIME PT                1       121.00
                                                                          ----------
                                                                             377.00
                    ***  320 RADIOLOGY DIAG GENERAL  ***
07/07/17  4100000178  X-RAY EXAM OF KNEE, 1 OR 2                    1       419.00
07/07/17  4100001117  DX HIP UNI OPERATIVE 4 OR 5V                  1       926.00
07/07/17  4100000171  X-RAY EXAM OF LOWER LEG                       1       458.00
07/07/17  4100001122  DX FEMUR MIN 2V                               1       577.00
                                                                          ----------
                                                                            2380.00
                    ***  324 RADIOLOGY DIAG CHEST XRAY  ***
07/07/17  4100000145  CHEST X-RAY                                   1       548.00
                                                                          ----------
                                                                             548.00
                    ***  450 EMERGENCY ROOM GENERAL  ***
07/07/17  5700000179  EMERGENCY DEPT VISIT                          1      1073.00
07/07/17  5700000192  INJ THER/DX IV PUSH                           1       254.00
07/07/17  5700000657  INJ TH/PRPH/DX IVP EA ADD NEW                 2       280.00
07/07/17  5700003742  INJ TH/PRPH/DX IVP EA ADD SAME                1        71.00
                                                                          ----------
                                                                            1678.00
                    ***  636 DRUG SPEC ID DETAIL CODING  ***
07/07/17  2000000268  HYDROMORPHONE HCL; HYDROmorphone INJ          1        50.00
                      2 MG/ML (1 ML)
07/07/17  2000002548  ONDANSETRON HCL INJ; ONDANSETRON INJ          2        40.00
                      2 MG/ML (2 ML)
07/07/17  2000000268  HYDROMORPHONE HCL; HYDROmorphone INJ          1        50.00
                          AA0000704703



```
CHRISTUS SCHUMPERT HEALTH SYSTEM
PO BOX 843577
Dallas, TX 75284                                                    2
800.756.7999
                                                                 FINAL


BROWN,JULIE FRAZIER                    AA0000704703 07/07/17 07/07/17 08/16/17

            BROWN,JULIE FRAZIER            BLUE CROSS PPO LA    LOS169A75459
            116 ATLANTIC AVE APT 30
            MILES CITY  MT   59301




                       2 MG/ML (1 ML)
07/07/17  2000000561  DIPHENHYDRAMINE HCL INJ;                     1        25.00
                       diphenhydrAMINE INJ 50 MG/ML (1 ML)
                                                                  ----------
                                                                         165.00
            ***  730 EKG/ECG GENERAL ***
07/07/17  5100000297  ELECTROCARDIOGRAM, TRACING                   1       285.00
                                                                  ----------
                                                                         285.00
            ***  RECEIPTS, ADJUSTMENTS, ETC. ***
11/11/17  CAPPBCPLA  PAYOR ADJUSTMENT; PCON ADJ TXN               1     -4209.61
11/25/17  PAYPBCPLA  PAYMENT; 206979/3702355/0.00                 1     -1458.39
                                                                  ----------
                                                                       -5668.00
```

```
                              AA0000704703

                                               5668.00

                                                  0.00
```



Mon, Feb 25, 2019, 08:42 AM

LSNS INC.1812A)-44

```
                              G U A R A N T O R   P R O F I L E
                              02-22-1967 / End

                                              L1002473657-JULIE BROWN
                                              116 ATLANTIC AVENUE
                                              APT 30
                                              MILES CITY MT 59301
                                              WORK:              HOME:3186769475
                                              FC:61    CC:     BC:     LC:Y
```

LSU HEALTH SCIENCES CENTER

SHREVEPORT FACULTY GROUP PRACTICE

1330 SHREVEPORT BARKSDALE HWY

SHREVEPORT, LA 71105

| DATE... | REF... | PATIENT... | AR | DOCTOR... | ICD... | FREQ | DAYS | TRANSACTION... | AMOUNT | DISALLOW/DISCOUNT | ALLOCATION | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/07/2017 | 070717 | L1002473657 JULIE BROWN | 16 | F529 JAMES COTELINGHAM | S82141A | 1 | 1 | Chg 8005326 COMPREHEN METABOLIC PANEL | 15.00 | | | .00 |
| | | | | | | | | 600001  C BLUE CROSS PRO 07242017 | 4.32- | 10.68- | | |
| 07/07/2017 | 070717 | L1002473657 JULIE BROWN | 16 | F529 JAMES COTELINGHAM | S82141A | 1 | 1 | Chg 8504926 AUTOMATED PLATELET COUNT | 35.00 | | | .00 |
| | | | | | | | | 600001  C BLUE CROSS PRO 07242017 | 2.00- | 33.00- | | |
| 07/08/2017 | 070817 | L1002473657 JULIE BROWN | 11 | F152 CHIDORA MOSIERI | S82141A | 1 | 1 | Chg 0013900K ANESTH, KNEE AREA PROCEDURE | 810.00 | | 25.92- | .00 |
| | | | | | | | | 600001  C BLUE CROSS PRO 07242017 | 233.28- | 550.80- | | |
| 07/08/2017 | 070817 | L1002473657 JULIE BROWN | 11 | F634 PATRICK MASSEY | S82141A | 1 | 1 | Chg 20692 APPLY BONE FIXATION DEVICE | 2037.00 | | | .00 |
| | | | | | | | | 600001  C BLUE CROSS PRO 08072017 | 1701.44- | 335.56- | | |
| 07/08/2017 | 070817 | L1002473657 JULIE BROWN | 11 | F154 LINDA HALL | 2043 + | 1 | 1 | Chg 7101026 CHEST X-RAY 1 VIEW FRONTAL | 40.00 | | | .00 |
| | | | | | | | | ICDs: 2043,J8410 | | | | |
| | | | | | | | | 600001  C BLUE CROSS PRO 09112017 | 12.27- | 27.73- | | |
| 07/08/2017 | 070817 | L1002473657 JULIE BROWN | 11 | F154 LINDA HALL | S82141A+ | 1 | 1 | Chg 7352226 X-RAY EXAM OF FEMUR 2(> | 38.00 | | | |
| | | | | | | | | ICDs: S82141A,S82201A,S82421A,S79921A | | | | |
| | | | | | | | | 600001  C BLUE CROSS PRO 07242017 | 12.69- | 25.31- | | |
| 07/08/2017 | 070817 | L1002473657 JULIE BROWN | 11 | F154 LINDA HALL | S82141A+ | 1 | 1 | Chg 7354426 X-RAY EXAM KNEE 4 OR MORE | 54.00 | | | |
| | | | | | | | | ICDs: S82141A,S82201A,S82421A | | | | |
| | | | | | | | | 600001  C BLUE CROSS PRO 07242017 | 16.21- | 37.79- | | |
| 07/08/2017 | 070817 | L1002473657 JULIE BROWN | 11 | F154 LINDA HALL | S82141A+ | 1 | 1 | Chg 7359026 X-RAY EXAM OF LOWER LEG | 43.00 | | | |
| | | | | | | | | 600001  C BLUE CROSS PRO 07242017 | 11.79- | 31.21- | | |
| 07/08/2017 | 070817 | L1002473657 JULIE BROWN | 11 | F190 ALBERTO SIMONICHI | S82141A | 1 | 1 | Chg 7359e-2 X-RAY EXAM OF LOWER LEG | 43.00 | | | |
| | | | | | | | | 600001  C BLUE CROSS PRO 07312017 | 11.79- | 31.21- | | |
| 07/08/2017 | 070817 | L1002473657 JULIE BROWN | 11 | F190 ALBERTO SIMONICHI | S82141A+ | 1 | 1 | Chg 17300-- CT LOWER EXTREMITY W/O DYE | 351.00 | | | |
| | | | | | | | | ICDs: S82141A,S82431A,M25461,M98908 | | | | |
| | | | | | | | | 600001  C BLUE CROSS PRO 07312017 | 67.01- | 283.99- | | |
| 07/08/2017 | 070817 | L1002473657 JULIE BROWN | 11 | F400 PARH DOMINIC | 2043 + | 1 | 1 | Chg 93010 ELECTROCARDIOGRAM REPORT | 46.00 | | | |
| | | | | | | | | ICDs: 2043,J8410,Z0389 | | | | |
| | | | | | | | | INFO: CORRECTED CLAIM | | | | |
| | | | | | | | | 600001  C BLUE CROSS PRO 10092017 | 46.00- | | | |
| 07/08/2017 | 070817 | L1002473657 JULIE BROWN | 11 | F634 PATRICK MASSEY | S82141A | 1 | 1 | Chg 9922357 INITIAL HOSPITAL CARE | 353.00 | | | |
| | | | | | | | | 600001  C BLUE CROSS PRO 09112017 | 202.74- | 150.26- | | 6.70- |
| 07/09/2017 | 070917 | L1002473657 JULIE BROWN | 11 | F190 ALBERTO SIMONICHI | S82141A+ | 1 | 1 | Chg 7370026 CT LOWER EXTREMITY W/O DYE | 234.00 | | | |
| | | | | | | | | ICDs: S82141A,S82431A,M25461 | | | | |

Page 1

Mon, Feb 25, 2019, 08:42 AM

# LSU HEALTH SCIENCES CENTER
## SHREVEPORT FACULTY GROUP PRACTICE
1330 SHREVEPORT BARKSDALE HWY

SHREVEPORT, LA 71105

LSIS(NC_1812A)-44

**G U A R A N T O R   P R O F I L E**   02-22-1967 / End

```
L1002473657-JULIE BROWN
116 ATLANTIC AVENUE
APT 30
MILES CITY MT 59301
WORK:                   HOME:3186769475
FC:61      BC:      LC:Y
                 CC:
```

| DATE | REF | PATIENT | AR | DOCTOR | ICD | FREQ | DAYS | TRANSACTION | AMOUNT | DISALLOW/DISCOUNT | ALLOCATION | BALANCE |
|------|-----|---------|----|--------|-----|------|------|-------------|--------|-------------------|------------|---------|
| 07/09/2017 | 070917 | L1002473657 JULIE BROWN | 11 | F190 ALBERTO SIRONCINI | S82141A+ | 1 | 1 | 600001  C BLUE CROSS PPO / Chg 7637626  3D RENDER W/INTRP POSTPROCESS / ICDs: S82141A,S82431A,M25461 | 07312017  60.31- / 76.00 | 166.99- |  | .00 |
| 07/10/2017 | 071017 | L1002473657 JULIE BROWN | 11 | F79 EDUARDO GONZALEZ-TOLEDO | H545 | 1 | 1 | 600001  C BLUE CROSS PPO / Chg 7211026  X-RAY EXAM L-S SPINE 2/3 VWS | 07312017  13.23- / 73.00 | 62.77- |  | .00 |
| 07/20/2017 | 072017 | L1002473657 JULIE BROWN | 11 | F388 PAUL BERNARD | S82141A | 1 | 1 | 600001  C BLUE CROSS PPO / Chg 01392GK  ANESTH, KNEE AREA SURGERY | 07242017  15.63- / 2250.00 | 57.37- |  | .00 |
| 07/20/2017 | 072017 | L1002473657 JULIE BROWN | 11 | F634 PATRICK MASSEY | S82141A | 1 | 1 | 600001  C BLUE CROSS PPO / Chg 2069458  REMOVE BONE FIXATION DEVICE | 08142017  720.00- / 1038.00 | 1530.00- |  | .00 |
| 07/20/2017 | 072017 | L1002473657 JULIE BROWN | 11 | F634 PATRICK MASSEY | S82141A | 1 | 1 | 600001  C BLUE CROSS PPO / Chg 2753E?  TREAT KNEE FRACTURE | 09112017  253.86- / 3982.00 | 784.14- |  | .00 |
| 07/20/2017 | 072017 | L1002473657 JULIE BROWN | 11 | F625 EVANGELOS OKEBERSE | G3918 | 1 | 1 | 600001  C BLUE CROSS PPO / Chg 6444TE?  N BLOCK INJ FEM SINGLE | 09112017  1024.13- / 505.00 | 2157.67- |  | .00 |
| 07/20/2017 | 072017 | L1002473657 JULIE BROWN | 11 | F71 THOMAS GATES | S82141D+ | 1 | 1 | 600001  C BLUE CROSS PPO / Chg 7356026  X-RAY EXAM OF KNEE 1 OR 2 / ICDs: S82141D,S82401D | 08142017  109.82- / 41.00 | 395.10- |  | .00 |
| 07/20/2017 | 072017 | L1002473657 JULIE BROWN | 11 | F71 THOMAS GATES | S82141D+ | 1 | 1 | 600001  C BLUE CROSS PPO / Chg 7356F=1  X-RAY EXAM OF KNEE 1 OR 2 / ICDs: S82141D,S82451D,Z901 | 08072017  12.80- / 41.00 | 28.20- |  | .00 |
| 07/20/2017 | 072017 | L1002473657 JULIE BROWN | 11 | F169 CARLOS PORTUGLIANO | S82141D+ | 1 | 1 | 600001  C BLUE CROSS PPO / Chg 7359026  X-RAY EXAM OF LOWER LEG / ICDs: S82141D,S82251D,S82401D,R600 | 08072017  12.80- / 43.00 | 28.20- |  | .00 |
| 07/20/2017 | 072017 | L1002473657 JULIE BROWN | 16 | F52P JAMES COTELLINGHAM | S82141A+ | 1 | 1 | 600001  C BLUE CROSS PPO / Chg 8501026  HEMOGLOBIN / ICDs: S82141A,S82141D | 08072017  11.79- / 16.00 | 31.21- |  | .00 |
| 07/20/2017 | 072017 | L1002473657 JULIE BROWN | 16 | F52P JAMES COTELLINGHAM | S82141A+ | 1 | 1 | 600001  C BLUE CROSS PPO / Chg 8502726  COMPLETE CBC AUTOMATED / ICDs: S82141A,S82141D | 08072017  1.35- / 7.00 | 14.65- |  | .00 |
| 07/20/2017 | 072017 | L1002473657 JULIE BROWN | 16 | F52P JAMES COTELLINGHAM | S82141A+ | 1 | 1 | 600001  C BLUE CROSS PPO / Chg 8085026  RBC ANTIBODY SCREEN / ICDs: S82141A,S82141D | 08312017  .00 / 11.00 | 7.00 |  | .00 |
| 07/20/2017 | 072017 | L1002473657 JULIE BROWN | 16 | F52P JAMES COTELLINGHAM | S82141A+ | 1 | 1 | 600001  C BLUE CROSS PPO / Chg 8690126  BLOOD TYPING SEROLOGIC RH(D) / ICDs: S82141A,S82141D | 08072017  5.93- / 16.00 | 5.07- |  | .00 |

④

Mon, Feb 25, 2019, 08:42 AM

LSIS(NC.1812A)-44

# LSU HEALTH SCIENCES CENTER    G U A R A N T O R   P R O F I L E

## SHREVEPORT FACULTY GROUP PRACTICE

1330 SHREVEPORT BARKSDALE HWY

SHREVEPORT, LA 71105

L1002473657-JULIE BROWN
116 ATLANTIC AVENUE
APT 30
MILES CITY MT 59301
WORK:                    HOME:3186769475
FC:61          CC:      BC:      LC:Y

02-22-1967 / End

| DATE... | REF... | PATIENT... | AR | DOCTOR... | ICD... | FREQ | DAYS | TRANSACTION... | | AMOUNT | DISALLOW/DISCOUNT | ALLOCATION | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ICDs: S82141A,S82141D | | | | | .00 |
| 07222017 | 072117 | L1002473657 JULIE BROWN | 16 | F52P JAMES COTTELINGAM | S82141A+ | 1 | 1 | 600001 C BLUE CROSS PPO | 08072017 | 1.55- | 14.45- | | |
| | | | | | | | | Chg 8004826 | | 15.00 | | | |
| | | | | | | | | ICDs: S82141A,S82141D | | | | | .00 |
| 07222017 | 072117 | L1002473657 JULIE BROWN | 16 | F52P JAMES COTTELINGAM | S82141A+ | 1 | 1 | 600001 C BLUE CROSS PPO | 08072017 | 2.19- | 12.81- | | |
| | | | | | | | | METABOLIC PANEL TOTAL CA | | | | | |
| | | | | | | | | Chg 8502526 | | 14.00 | | | |
| | | | | | | | | ICDs: S82141A,S82141D | | | | | .00 |
| 07222017 | 072117 | L1002473657 JULIE BROWN | 16 | F52P JAMES COTTELINGAM | S82141A+ | 1 | 1 | 600001 C BLUE CROSS PPO | 08072017 | 3.33- | 10.67- | | |
| | | | | | | | | COMPLETE CBC W/AUTO DIFF RBC | | | | | |
| | | | | | | | | Chg 8004826 | | 15.00 | | | |
| | | | | | | | | ICDs: S82141A,S82141D | | | | | .00 |
| 07222017 | 072117 | L1002473657 JULIE BROWN | 16 | F52P JAMES COTTELINGAM | S82141A+ | 1 | 1 | 600001 C BLUE CROSS PPO | 08072017 | 2.19- | 12.81- | | |
| | | | | | | | | METABOLIC PANEL TOTAL CA | | | | | |
| | | | | | | | | Chg 8502526 | | 14.00 | | | |
| | | | | | | | | ICDs: S82141A,S82141D | | | | | .00 |
| 07232017 | 072117 | L1002473657 JULIE BROWN | 16 | F52P JAMES COTTELINGAM | S82141A+ | 1 | 1 | 600001 C BLUE CROSS PPO | 08072017 | 3.33- | 10.67- | | |
| | | | | | | | | COMPLETE CBC W/AUTO DIFF RBC | | | | | |
| | | | | | | | | Chg 8004826 | | 15.00 | | | |
| | | | | | | | | ICDs: S82141A,S82141D | | | | | .00 |
| 07232017 | 072117 | L1002473657 JULIE BROWN | 16 | F52P JAMES COTTELINGAM | S82141A+ | 1 | 1 | 600001 C BLUE CROSS PPO | 08072017 | 2.19- | 12.81- | | |
| | | | | | | | | METABOLIC PANEL TOTAL CA | | | | | |
| | | | | | | | | Chg 8502526 | | 14.00 | | | |
| | | | | | | | | ICDs: S82141A,S82141D | | | | | .00 |
| 07242017 | 072417 | L1002473657 JULIE BROWN | 16 | F52P JAMES COTTELINGAM | S82141A+ | 1 | 1 | 600001 C BLUE CROSS PPO | 08072017 | 3.33- | 10.67- | | |
| | | | | | | | | METABOLIC PANEL TOTAL CA | | | | | |
| | | | | | | | | Chg 8004826 | | 15.00 | | | |
| | | | | | | | | ICDs: S82141A,S82141D | | | | | .00 |
| 07242017 | 072417 | L1002473657 JULIE BROWN | 16 | F52P JAMES COTTELINGAM | S82141A+ | 1 | 1 | 600001 C BLUE CROSS PPO | 08072017 | 2.19- | 12.81- | | |
| | | | | | | | | COMPLETE CBC W/AUTO DIFF RBC | | | | | |
| | | | | | | | | Chg 8502526 | | 14.00 | | | |
| | | | | | | | | 600001 C BLUE CROSS PPO | 08072017 | 3.33- | 10.67- | | .00 |
| 1022017 | | VISA. | 11 | F152 CHIDORA MOSERET | | | | Pmt 07   165705 | | 25.92- | | 25.92 | .00 |
| 1022017 | | VISA. | 11 | F190 ALBERTO SIMONCINI | | | | Pmt 07   165705 | | 6.70- | | 6.70 | .00 |

Page 3

⑤

LSIS(NC.1812A)-44

Mon, Feb 25, 2019, 08:42 AM

LSU HEALTH SCIENCES CENTER

SHREVEPORT FACULTY GROUP PRACTICE

1330 SHREVEPORT BARKSDALE HWY

SHREVEPORT, LA 71105

G U A R A N T O R   P R O F I L E

02-22-1967 / End

L1002473657-JULIE BROWN
116 ATLANTIC AVENUE
APT 30
MILES CITY MT 59301
WORK:                    HOME:318676 9475
FC:61          CC:         BC:    LC:Y

| DATE.... REF... | PATIENT............. | AR DOCTOR.................... | ICD.... FREQ DAYS | TRANSACTION........... | DISALLOW/ AMOUNT DISCOUNT | ALLOCATION | BALANCE |
|---|---|---|---|---|---|---|---|
| | | 12314.00  CHARGES | | | .00  GUARANTOR | | |
| | | 32.62- PAYMENTS ON ACCT | | | .00  APPLIED TO  OUTSTANDING | | |
| | | 5341.02- 3RD-PTY PAYMENTS | | | .00  UNRESOLVED  INSURANCE | | |
| | | 6940.36- DISALLOWANCES | | | .00  MEDICARE | | |
| | | .00  ADJUSTMENTS | | | .00  MEDICAID | | |
| | | .00  DISCOUNTS | | | .00  PRIVATE | | |
| | | | | | .00  ** TOTAL  ** | | |

*** END OF REPORT ***

Page 4

| Report Settings | |
|---|---|
| Account: | BROWN,JULIE FRAZIER [1445032] |
| Patient: | BROWN,JULIE FRAZIER [1002473657] |
| **Submission Information** | |
| User: | [ AW2105033] |
| Time: | Wed Feb 27, 2019 12:15 PM |

### Transaction Information

| | | Service Date From | Service Date To | Total Amount |
|---|---|---|---|---|
| **Charges** | | 01/01/2016 | 02/27/2019 | 2,720.00 |
| Tx # | Procedure | Service Provider | Date | Amount |

| | | | | |
|---|---|---|---|---|
| 1 | 01392-PR ANESTH,UPPER LEG,OPEN PROCED... | Phillip Mark Priddy, CR... | 07/08/2017 | 800.00 |
| (Match Pmt) 3 | 2000-INSURANCE PAYMENT (INSURANCE) | | 07/29/2017 | 432.00 |
| (Match Pmt) 5 | 1000-PATIENT PAYMENT (ACCOUNT) | | 11/20/2017 | 48.00 |
| (Match Adj) 4 | 3000-CONTRACTUAL WRITE-OFF (INSURANCE) | | 07/29/2017 | 320.00 |

| | | | | |
|---|---|---|---|---|
| 7 | 01392-PR ANESTH,UPPER LEG,OPEN PROCED... | Peter Nicholas Vlahakis... | 07/20/2017 | 1,920.00 |
| (Match Pmt) 8 | 2000-INSURANCE PAYMENT (INSURANCE) | | 12/28/2017 | 480.00 |
| (Match Adj) 9 | 3000-CONTRACTUAL WRITE-OFF (INSURANCE) | | 12/28/2017 | 1,440.00 |
| Payments | | Matched to charges | | 960.00 |
| Adjustments | | Matched to charges | | 1,760.00 |

SHV SERVICE AREA
1501 Kings Highway
Shreveport, Louisiana 71103-4228

Note: This report contains only those payments and adjustments which are matched to the charges listed in the Charges section.



Professional Billing                                                    2/27/2019 12:15:29 PM

# DANIEL C. BROOKE, M.D., P.C.
2600 WILSON ST STE 1   MILES CITY, MT 59301-5094
Phone: (406) 233-2520  Fax: (406) 233-4062

**Patient History: Brown, Julie (2765)**

Print Date: 02/25/2019 01:49 pm

| # | CPT | Unit | Service | Type | Description | Claim Order | Responsible | Amount | Balance | Provider | Pos | Diagnosis |
|---|-----|------|---------|------|-------------|-------------|-------------|--------|---------|----------|-----|-----------|
| 1. | 99213 | 1.00 | 12/21/17 | CH | EST PATIENT OFFICE VISIT  III | 1BCMT(Paid) | | 121.00 | 0.00 | BROOKE, DANIEL | 11 | S82.141D M25.661 W10.8XXD |
| 2. | | | 01/15/18 | IR | Payment from MT BLUE SHIELD (BCBS/30817230) | | | -120.18 | | | | |
| 3. | 99213 | | 01/15/18 | IW | CBC  BC/BS CREDIT ADJ | | | -0.82 | | | | |
| 4. | 99213 | 1.00 | 11/15/17 | CH | EST PATIENT OFFICE VISIT  III | 1BCMT(Paid) | | 121.00 | 0.00 | BROOKE, DANIEL | 11 | S82.141D M25.661 W10.8XXD |
| 5. | | | 12/07/17 | IR | Payment from MT BLUE SHIELD (BCBS/30798700) | | | -120.18 | | | | |
| 6. | | | 12/07/17 | IW | Writeoff from MT BLUE SHIELD | | | -0.82 | | | | |
| 7. | 73562 | 1.00 | 11/15/17 | CH | XR KNEE, SERIES 3 + VIEW | 1BCMT(Paid) | | 118.00 | 0.00 | BROOKE, DANIEL | 11 | S82.141D M25.661 W10.8XXD |
| 8. | | | 12/07/17 | IR | Payment from MT BLUE SHIELD (BCBS/30798700) | | | -58.92 | | | | |
| 9. | | | 12/07/17 | IW | Writeoff from MT BLUE SHIELD | | | -59.08 | | | | |
| 10. | 99213 | 1.00 | 10/25/17 | CH | EST PATIENT OFFICE VISIT  III | 1BCMT(Paid) | | 121.00 | 0.00 | BROOKE, DANIEL | 11 | S82.141D M25.661 W10.8XXD |
| 11. | | | 11/06/17 | IR | Payment from MT BLUE SHIELD (BCBS/30782656) | | | -120.18 | | | | |
| 12. | | | 11/06/17 | IW | Writeoff from MT BLUE SHIELD | | | -0.82 | | | | |
| 13. | 73630 | 1.00 | 10/25/17 | CH | XR FOOT, 3 VIEW | 1BCMT(Paid) | | 103.00 | 0.00 | BROOKE, DANIEL | 11 | M25.661 |
| 14. | | | 11/06/17 | IR | Payment from MT BLUE SHIELD (BCBS/30782656) | | | -47.84 | | | | |
| 15. | | | 11/06/17 | IW | Writeoff from MT BLUE SHIELD | | | -55.16 | | | | |
| 16. | 99213 | 1.00 | 10/18/17 | CH | EST PATIENT OFFICE VISIT  III | 1BCMT(Paid) | | 121.00 | 0.00 | BROOKE, DANIEL | 11 | S82.141D W10.8XXD |
| 17. | | | 11/06/17 | IR | Payment from MT BLUE SHIELD (BCBS/30782956) | | | -120.18 | | | | |
| 18. | | | 11/06/17 | IW | Writeoff from MT BLUE SHIELD | | | -0.82 | | | | |
| 19. | 73590 | 1.00 | 10/18/17 | CH | XR TIB-FIB,2 VIEW | 1BCMT(Paid) | | 101.00 | 0.00 | BROOKE, DANIEL | 11 | S82.141D W10.8XXD |
| 20. | | | 11/06/17 | IR | Payment from MT BLUE SHIELD (BCBS/30782956) | | | -47.26 | | | | |
| 21. | | | 11/06/17 | IW | Writeoff from MT BLUE SHIELD | | | -53.74 | | | | |

Charge (CH)   Patient Receipt (PR)   Insurance Receipt (IR)   Patient Write off (PW)   Insurance Write off (IW)   Patient Refund (PF)   Insurance Refund (IF)

Page 1 of 2

-4-

# DANIEL C. BROOKE, M.D., P.C.
2600 WILSON ST STE 1   MILES CITY, MT 593015094
Phone: (406) 233-2520  Fax: (406) 233-4062
**Patient History: Brown, Julie (2765)**

| | CPT | Unit | Service | Type | Description | Claim Order | Responsible | Amount | Balance | Provider | Pos | Diagnosis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22. | 99203 | 1.00 | 09/05/17 | CH | NEW PATIENT OFFICE VISIT III | 1BCMT(Paid) | | 180.00 | 0.00 | BROOKE, DANIEL | 11 | S82.141A W10.8XXA |
| 23. | | | 09/25/17 | IR | Payment from MT BLUE SHIELD (BCBS/20758138) | | | -177.94 | | | | |
| 24. | | | 09/25/17 | IW | Writeoff from MT BLUE SHIELD | | | -2.06 | | | | |
| 25. | 73560 | 1.00 | 09/05/17 | CH | XR KNEE, AP & LAT | 1BCMT(Paid) | | 100.00 | 0.00 | BROOKE, DANIEL | 11 | S82.141A W10.8XXA |
| 26. | | | 09/25/17 | IR | Payment from MT BLUE SHIELD (BCBS/20758138) | | | -50.76 | | | | |
| 27. | | | 09/25/17 | IW | Writeoff from MT BLUE SHIELD | | | -49.24 | | | | |
| 28. | | | 10/18/17 | OC | Open Credit (AUTH145780) | | | -40.00 | 0.00 All | | | |
| 29. | | | 01/31/18 | PF | Patient Refund | | | 40.00 | | | | |
| 30. | | | 09/07/17 | OC | Open Credit (AUTH083820) | | | -40.00 | 0.00 All | | | |
| 31. | | | 01/31/18 | PF | Patient Refund | | | 40.00 | | | | |

CH: 1086.00        PR: -60.00        IR: -863.44        PW: 0.00        IW: -222.56        PF: 80.00        Balance: 0.00

Charge (CH)   Patient Receipt (PR)   Insurance Receipt (IR)   Patient Write off (PW)   Insurance Write off (IW)   Patient Refund (PF)   Insurance Refund (IF)        Print Date: 02/25/2019 01:49 pm

Page 2 of 2

MAR 1 1 2019



2800 Tenth Avenue North
P.O. Box 37000
Billings, Montana 59107-7000
www.billingsclinic.com

BROWN, JULIE F
743 BOOTH DR
SHREVEPORT, LA 71107

**Account Number:**   4688898

| Dates of Service | Encounter | Charges | Adjustments | Payments | Self Pay Due | Insurance Due | Balance Due |
|---|---|---|---|---|---|---|---|
| 10/02/14 - 10/02/14 | 21396964 | 203.00 | 29.20 | -173.80 | 0.00 | 0.00 | 0.00 |
| 10/06/14 - 10/06/14 | 21417672 | 344.00 | 107.87 | -236.13 | 0.00 | 0.00 | 0.00 |
| 12/05/14 - 12/05/14 | 21545876 | 203.00 | 29.20 | -173.80 | 0.00 | 0.00 | 0.00 |
| 06/23/15 - 06/23/15 | 22156494 | 137.00 | 18.27 | -118.73 | 0.00 | 0.00 | 0.00 |
| 08/10/15 - 08/10/15 | 22160644 | 203.00 | 26.65 | -176.35 | 0.00 | 0.00 | 0.00 |
| 09/25/15 - 09/25/15 | 76885318 | 1446.00 | 451.45 | -994.55 | 0.00 | 0.00 | 0.00 |
| 10/13/15 - 10/13/15 | 22467707 | 278.00 | 129.01 | -148.99 | 0.00 | 0.00 | 0.00 |
| 01/21/16 - 01/21/16 | 22695806 | 203.00 | 26.65 | -176.35 | 0.00 | 0.00 | 0.00 |
| 07/18/16 - 07/18/16 | 23161977 | 203.00 | 26.81 | -176.19 | 0.00 | 0.00 | 0.00 |
| 12/08/16 - 12/08/16 | 23642384 | 203.00 | 26.81 | -176.19 | 0.00 | 0.00 | 0.00 |
| 01/31/17 - 01/31/17 | 23764271 | 238.00 | 0.00 | -238.00 | 0.00 | 0.00 | 0.00 |
| 04/27/17 - 04/27/17 | 24056974 | 203.00 | 26.81 | -176.19 | 0.00 | 0.00 | 0.00 |
| 04/28/17 - 04/28/17 | 24059065 | 331.00 | 185.10 | -145.90 | 0.00 | 0.00 | 0.00 |
| 09/05/17 - 09/05/17 | 24344391 | 334.00 | 95.97 | -238.03 | 0.00 | 0.00 | 0.00 |
| 12/01/17 - 12/01/17 | 24681091 | 248.00 | 71.23 | -176.77 | 0.00 | 0.00 | 0.00 |
| 04/05/18 - 04/05/18 | 25036782 | 334.00 | 95.97 | -238.03 | 0.00 | 0.00 | 0.00 |
| Totals: | | 5111.00 | 1347.00 | -3764.00 | 0.00 | 0.00 | 0.00 |

Charge and Payment Detail

| Date | Description | Performing Provider | Charges and Debits | Payments and Credits |
|---|---|---|---|---|
| DOS: 10/02/14 - 10/02/14 | Enc Num: 21396964    Charges: 203.00 | Adjustments: 29.20    Payments: -173.80 | Balance: 0.00 | |
| 10/02/14 | OFFICE/OUTPATIENT VISIT, EST MODERAT  CPT: 99214    DX: 311 | Grantham, Patricia MD | 107.00 | 0.00 |
| 10/02/14 | OFFICE/OUTPATIENT VISIT, EST MODERAT  CPT: 99214    DX: 311 | Grantham, Patricia MD | 96.00 | 0.00 |
| 10/02/14 | CoPay Credit Card | | 0.00 | 30.00 |
| 11/02/14 | Blue Cross Payment | | 0.00 | 0.00 |
| 11/13/14 | Blue Cross Adjustment | | 0.00 | 29.20 |
| 11/13/14 | Blue Cross Payment | | 0.00 | 143.80 |
| DOS: 10/06/14 - 10/06/14 | Enc Num: 21417672    Charges: 344.00 | Adjustments: 107.87    Payments: -236.13 | Balance: 0.00 | |



-1-



**Billings Clinic**

2800 Tenth Avenue North
P.O. Box 37000
Billings, Montana 59107-7000
www.billingsclinic.com

BROWN, JULIE F
743 BOOTH DR
SHREVEPORT, LA 71107

**Account Number:** 4688898

Charge and Payment Detail (continued..)

| Date | Description | Performing Provider | Charges and Debits | Payments and Credits |
|------|-------------|---------------------|--------------------|--------------------|
| 10/06/14 | OFFICE/OUTPATIENT VISIT, EST LOW<br>CPT: 99213   DX: 5990 | Grantham, Patricia MD | 78.00 | 0.00 |
| 10/06/14 | OFFICE/OUTPATIENT VISIT, EST LOW<br>CPT: 99213   DX: 5990 | Grantham, Patricia MD | 59.00 | 0.00 |
| 10/06/14 | UA, Complete<br>CPT: 81001   DX: 7881 | Grantham, Patricia MD | 16.00 | 0.00 |
| 10/06/14 | Cult Ur and Col Ct<br>CPT: 87086   DX: 7881 | Grantham, Patricia MD | 29.00 | 0.00 |
| 10/06/14 | ID Aerobic<br>CPT: 87077   DX: 7881 | Grantham, Patricia MD | 40.00 | 0.00 |
| 10/06/14 | Sensitivity Study MIC<br>CPT: 87186   DX: 7881 | Grantham, Patricia MD | 43.00 | 0.00 |
| 10/06/14 | Disc Susceptibility<br>CPT: 87184   DX: 7881 | Grantham, Patricia MD | 33.00 | 0.00 |
| 10/06/14 | influenza virus vaccine quadrivalent PF,<br>CPT: 90686   DX: V0481 | Grantham, Patricia MD | 20.00 | 0.00 |
| 10/06/14 | FLU IN OFFICE IMMUNIZATION ADMIN, SIN<br>CPT: 90471   DX: V0481 | Grantham, Patricia MD | 26.00 | 0.00 |
| 11/02/14 | Blue Cross Adjustment | | 0.00 | 0.23 |
| 11/02/14 | Blue Cross Adjustment | | 0.00 | 18.55 |
| 11/02/14 | Blue Cross Payment | | 0.00 | 26.00 |
| 11/02/14 | Blue Cross Payment | | 0.00 | 19.77 |
| 11/02/14 | Blue Cross Payment | | 0.00 | 88.45 |
| 11/02/14 | Blue Cross Adjustment | | 0.00 | 9.47 |
| 11/02/14 | Blue Cross Payment | | 0.00 | 0.00 |
| 11/02/14 | Blue Cross Adjustment | | 0.00 | 23.33 |
| 11/02/14 | Blue Cross Adjustment | | 0.00 | 12.35 |
| 11/02/14 | Blue Cross Adjustment | | 0.00 | 18.76 |
| 11/02/14 | Blue Cross Adjustment | | 0.00 | 25.18 |
| 11/02/14 | Blue Cross Payment | | 0.00 | 0.00 |
| 11/02/14 | Blue Cross Payment | | 0.00 | 0.00 |
| 11/02/14 | Blue Cross Payment | | 0.00 | 0.00 |
| 11/02/14 | Blue Cross Payment | | 0.00 | 0.00 |



-2-



2800 Tenth Avenue North
P.O. Box 37000
Billings, Montana 59107-7000
www.billingsclinic.com

BROWN, JULIE F
743 BOOTH DR
SHREVEPORT, LA 71107

**Account Number:**   4688898

Charge and Payment Detail (continued..)

| Date | Description | Performing Provider | Charges and Debits | Payments and Credits |
|------|-------------|---------------------|--------------------|----------------------|
| 01/13/15 | Patient Payment Check | | 0.00 | 101.91 |

DOS: 12/05/14 - 12/05/14   Enc Num: 21545876   Charges: 203.00   Adjustments: 29.20   Payments: -173.80   Balance: 0.00

| Date | Description | Performing Provider | Charges and Debits | Payments and Credits |
|------|-------------|---------------------|--------------------|----------------------|
| 12/05/14 | OFFICE/OUTPATIENT VISIT, EST MODERAT CPT: 99214   DX: 311 | Grantham, Patricia MD | 107.00 | 0.00 |
| 12/05/14 | OFFICE/OUTPATIENT VISIT, EST MODERAT CPT: 99214   DX: 311 | Grantham, Patricia MD | 96.00 | 0.00 |
| 12/26/14 | Blue Cross Adjustment | | 0.00 | 29.20 |
| 12/26/14 | Blue Cross Payment | | 0.00 | 143.80 |
| 01/13/15 | Patient Payment Check | | 0.00 | 30.00 |

DOS: 06/23/15 - 06/23/15   Enc Num: 22156494   Charges: 137.00   Adjustments: 18.27   Payments: -118.73   Balance: 0.00

| Date | Description | Performing Provider | Charges and Debits | Payments and Credits |
|------|-------------|---------------------|--------------------|----------------------|
| 06/23/15 | OFFICE/OUTPATIENT VISIT, EST LOW CPT: 99213   DX: 3540 | Grantham, Patricia MD | 78.00 | 0.00 |
| 06/23/15 | OFFICE/OUTPATIENT VISIT, EST LOW CPT: 99213   DX: 3540 | Grantham, Patricia MD | 59.00 | 0.00 |
| 07/14/15 | Blue Cross Adjustment | | 0.00 | 18.27 |
| 07/14/15 | Blue Cross Payment | | 0.00 | 88.73 |
| 01/28/16 | Patient Payment Check | | 0.00 | 30.00 |

DOS: 08/10/15 - 08/10/15   Enc Num: 22160644   Charges: 203.00   Adjustments: 26.65   Payments: -176.35   Balance: 0.00

| Date | Description | Performing Provider | Charges and Debits | Payments and Credits |
|------|-------------|---------------------|--------------------|----------------------|
| 08/10/15 | OFFICE/OUTPATIENT VISIT, EST MODERAT CPT: 99214   DX: 30400 | Grantham, Patricia MD | 107.00 | 0.00 |
| 08/10/15 | OFFICE/OUTPATIENT VISIT, EST MODERAT CPT: 99214   DX: 30400 | Grantham, Patricia MD | 96.00 | 0.00 |
| 08/29/15 | Blue Cross Adjustment | | 0.00 | 26.65 |
| 08/29/15 | Blue Cross Payment | | 0.00 | 146.35 |
| 10/25/16 | Patient Payment Check | | 0.00 | 30.00 |

DOS: 09/25/15 - 09/25/15   Enc Num: 76885318   Charges: 1446.00   Adjustments: 451.45   Payments: -994.55   Balance: 0.00

| Date | Description | Performing Provider | Charges and Debits | Payments and Credits |
|------|-------------|---------------------|--------------------|----------------------|
| 09/25/15 | MR C Spine wo Contrast CPT: 72141   DX: 7231 | Sillery, John C MD | 1051.00 | 0.00 |



-3-



**Billings Clinic**

2800 Tenth Avenue North
P.O. Box 37000
Billings, Montana 59107-7000
www.billingsclinic.com

BROWN, JULIE F
743 BOOTH DR
SHREVEPORT, LA  71107

**Account Number:**   4688898

Charge and Payment Detail (continued..)

| Date | Description | Performing Provider | Charges and Debits | Payments and Credits |
|------|-------------|--------------------|--------------------|----------------------|
| 09/25/15 | MR C Spine wo Contrast<br>CPT:  72141    DX:  7231 | Sillery, John C MD | 395.00 | 0.00 |
| 10/17/15 | Blue Cross Adjustment | | 0.00 | 272.78 |
| 10/17/15 | Blue Cross Payment | | 0.00 | 97.78 |
| 10/24/15 | Blue Cross Adjustment | | 0.00 | 178.67 |
| 10/24/15 | Blue Cross Payment | | 0.00 | 697.87 |
| 09/14/16 | Patient Payment Check | | 0.00 | 4.72 |
| 09/23/16 | Patient Payment Check | | 0.00 | 150.00 |
| 10/25/16 | Patient Payment Check | | 0.00 | 30.00 |
| 12/14/16 | Patient Payment Check | | 0.00 | 14.18 |

DOS: 10/13/15 - 10/13/15   Enc Num: 22467707   Charges: 278.00   Adjustments: 129.01   Payments: -148.99   Balance: 0.00

| Date | Description | Performing Provider | Charges and Debits | Payments and Credits |
|------|-------------|--------------------|--------------------|----------------------|
| 10/13/15 | MA Mammogram Screening<br>CPT:  77057    DX:  Z1231 | Bowman-Seitz , Tara S M | 170.00 | 0.00 |
| 10/13/15 | MA CAD Screening<br>CPT:  77052    DX:  Z1231 | Bowman-Seitz , Tara S M | 34.00 | 0.00 |
| 10/13/15 | MA CAD Screening<br>CPT:  77052    DX:  Z1231 | Bowman-Seitz , Tara S M | 16.00 | 0.00 |
| 10/13/15 | MA Mammogram Screening<br>CPT:  77057    DX:  Z1231 | Bowman-Seitz , Tara S M | 58.00 | 0.00 |
| 10/30/15 | Blue Cross Adjustment | | 0.00 | 35.45 |
| 10/30/15 | Blue Cross Adjustment | | 0.00 | 93.56 |
| 10/30/15 | Blue Cross Payment | | 0.00 | 14.55 |
| 10/30/15 | Blue Cross Payment | | 0.00 | 134.44 |

DOS: 01/21/16 - 01/21/16   Enc Num: 22695806   Charges: 203.00   Adjustments: 26.65   Payments: -176.35   Balance: 0.00

| Date | Description | Performing Provider | Charges and Debits | Payments and Credits |
|------|-------------|--------------------|--------------------|----------------------|
| 01/21/16 | OFFICE/OUTPATIENT VISIT, EST MODERAT<br>CPT:  99214    DX:  F329 | Grantham, Patricia MD | 107.00 | 0.00 |
| 01/21/16 | OFFICE/OUTPATIENT VISIT, EST MODERAT<br>CPT:  99214    DX:  F329 | Grantham, Patricia MD | 96.00 | 0.00 |
| 02/13/16 | Blue Cross Adjustment | | 0.00 | 26.65 |
| 02/13/16 | Blue Cross Payment | | 0.00 | 126.35 |
| 12/14/16 | Patient Payment Check | | 0.00 | 50.00 |

*13*

-4-



# Billings Clinic

2800 Tenth Avenue North
P.O. Box 37000
Billings, Montana 59107-7000
www.billingsclinic.com

BROWN, JULIE F
743 BOOTH DR
SHREVEPORT, LA 71107

**Account Number:** 4688898

Charge and Payment Detail (continued..)

| Date | Description | Performing Provider | Charges and Debits | Payments and Credits |
|---|---|---|---|---|
| DOS: 07/18/16 - 07/18/16 | Enc Num: 23161977 | Charges: 203.00 | Adjustments: 26.81 | Payments: -176.19 | Balance: 0.00 |
| 07/18/16 | OFFICE/OUTPATIENT VISIT, EST MODERAT CPT: 99214    DX: F329 | Grantham, Patricia MD | 107.00 | 0.00 |
| 07/18/16 | OFFICE/OUTPATIENT VISIT, EST MODERAT CPT: 99214    DX: F329 | Grantham, Patricia MD | 96.00 | 0.00 |
| 08/05/16 | Blue Cross Adjustment | | 0.00 | 26.81 |
| 08/05/16 | Blue Cross Payment | | 0.00 | 0.00 |
| 08/05/16 | Blue Cross Payment | | 0.00 | 176.19 |
| DOS: 12/08/16 - 12/08/16 | Enc Num: 23642384 | Charges: 203.00 | Adjustments: 26.81 | Payments: -176.19 | Balance: 0.00 |
| 12/08/16 | OFFICE/OUTPATIENT VISIT, EST MODERAT CPT: 99214    DX: M722 | Grantham, Patricia MD | 107.00 | 0.00 |
| 12/08/16 | OFFICE/OUTPATIENT VISIT, EST MODERAT CPT: 99214    DX: M722 | Grantham, Patricia MD | 96.00 | 0.00 |
| 01/22/17 | Blue Cross Payment | | 0.00 | 0.00 |
| 05/13/17 | Blue Cross Adjustment | | 0.00 | 26.81 |
| 05/13/17 | Blue Cross Payment | | 0.00 | 176.19 |
| DOS: 01/31/17 - 01/31/17 | Enc Num: 23764271 | Charges: 238.00 | Adjustments: 0.00 | Payments: -238.00 | Balance: 0.00 |
| 01/31/17 | PREVENTIVE VISIT, EST, 40-64 CPT: 99396    DX: Z0000 | Grantham, Patricia MD | 130.00 | 0.00 |
| 01/31/17 | PREVENTIVE VISIT, EST, 40-64 CPT: 99396    DX: Z0000 | Grantham, Patricia MD | 108.00 | 0.00 |
| 07/20/17 | Bad Debt Write-Off | | 0.00 | 238.00 |
| 06/05/18 | Bad Debt Recovery | | 238.00 | 0.00 |
| 06/05/18 | Collection Agency 1 Payment | | 0.00 | 238.00 |
| DOS: 04/27/17 - 04/27/17 | Enc Num: 24056974 | Charges: 203.00 | Adjustments: 26.81 | Payments: -176.19 | Balance: 0.00 |
| 04/27/17 | OFFICE/OUTPATIENT VISIT, EST MODERAT CPT: 99214    DX: F329 | Grantham, Patricia MD | 107.00 | 0.00 |
| 04/27/17 | OFFICE/OUTPATIENT VISIT, EST MODERAT CPT: 99214    DX: F329 | Grantham, Patricia MD | 96.00 | 0.00 |
| 05/13/17 | Blue Cross Adjustment | | 0.00 | 26.81 |

14

-5-



**Billings Clinic**

2800 Tenth Avenue North
P.O. Box 37000
Billings, Montana 59107-7000
www.billingsclinic.com

BROWN, JULIE F
743 BOOTH DR
SHREVEPORT, LA 71107

**Account Number:**   4688898

Charge and Payment Detail (continued..)

| Date | Description | Performing Provider | Charges and Debits | Payments and Credits |
|------|-------------|---------------------|--------------------|----------------------|
| 05/13/17 | Blue Cross Payment | | 0.00 | 156.19 |
| 12/12/17 | Patient Payment Check | | 0.00 | 20.00 |

DOS: 04/28/17 - 04/28/17    Enc Num: 24059065    Charges: 331.00    Adjustments: 185.10    Payments: -145.90    Balance: 0.00

| Date | Description | Performing Provider | Charges and Debits | Payments and Credits |
|------|-------------|---------------------|--------------------|----------------------|
| 04/28/17 | CBC Diff<br>CPT: 85025    DX: R5383 | Grantham, Patricia MD | 41.00 | 0.00 |
| 04/28/17 | CMP<br>CPT: 80053    DX: R5383 | Grantham, Patricia MD | 50.00 | 0.00 |
| 04/28/17 | TSH<br>CPT: 84443    DX: R5383 | Grantham, Patricia MD | 82.00 | 0.00 |
| 04/28/17 | Venipuncture<br>CPT: 00001    DX: R5383 | Grantham, Patricia MD | 13.00 | 0.00 |
| 04/28/17 | Folate<br>CPT: 82746    DX: R5383 | Grantham, Patricia MD | 71.00 | 0.00 |
| 04/28/17 | B12 Vit<br>CPT: 82607    DX: R5383 | Grantham, Patricia MD | 74.00 | 0.00 |
| 05/13/17 | Blue Cross Adjustment | | 0.00 | 13.00 |
| 05/13/17 | Blue Cross Adjustment | | 0.00 | 43.19 |
| 05/13/17 | Blue Cross Adjustment | | 0.00 | 40.95 |
| 05/13/17 | Blue Cross Adjustment | | 0.00 | 46.96 |
| 05/13/17 | Blue Cross Adjustment | | 0.00 | 41.00 |
| 05/13/17 | Blue Cross Payment | | 0.00 | 0.00 |
| 05/13/17 | Blue Cross Payment | | 0.00 | 50.00 |
| 05/13/17 | Blue Cross Payment | | 0.00 | 30.81 |
| 05/13/17 | Blue Cross Payment | | 0.00 | 30.05 |
| 05/13/17 | Blue Cross Payment | | 0.00 | 35.04 |
| 05/13/17 | Blue Cross Payment | | 0.00 | 0.00 |

DOS: 09/05/17 - 09/05/17    Enc Num: 24344391    Charges: 334.00    Adjustments: 95.97    Payments: -238.03    Balance: 0.00

| Date | Description | Performing Provider | Charges and Debits | Payments and Credits |
|------|-------------|---------------------|--------------------|----------------------|
| 09/05/17 | OFFICE/OUTPATIENT VISIT, EST COMPLEX<br>CPT: 99215    DX: F329 | Grantham, Patricia MD | 142.00 | 0.00 |
| 09/05/17 | OFFICE/OUTPATIENT VISIT, EST COMPLEX<br>CPT: 99215    DX: F329 | Grantham, Patricia MD | 192.00 | 0.00 |

*15*



**Billings Clinic**

2800 Tenth Avenue North
P.O. Box 37000
Billings, Montana 59107-7000
www.billingsclinic.com

BROWN, JULIE F
743 BOOTH DR
SHREVEPORT, LA  71107

**Account Number:**   4688898

Charge and Payment Detail (continued..)

| Date | Description | Performing Provider | Charges and Debits | Payments and Credits |
|------|-------------|---------------------|--------------------|----------------------|
| 09/18/17 | Blue Cross Adjustment | | 0.00 | 95.97 |
| 09/18/17 | Blue Cross Payment | | 0.00 | 238.03 |

DOS: 12/01/17 - 12/01/17    Enc Num: 24681091    Charges: 248.00    Adjustments: 71.23    Payments: -176.77    Balance: 0.00

| Date | Description | Performing Provider | Charges and Debits | Payments and Credits |
|------|-------------|---------------------|--------------------|----------------------|
| 12/01/17 | OFFICE/OUTPATIENT VISIT, EST MODERAT CPT:  99214    DX:  F329 | Grantham, Patricia MD | 113.00 | 0.00 |
| 12/01/17 | OFFICE/OUTPATIENT VISIT, EST MODERAT CPT:  99214    DX:  F329 | Grantham, Patricia MD | 135.00 | 0.00 |
| 12/18/17 | Blue Cross Adjustment | | 0.00 | 71.23 |
| 12/18/17 | Blue Cross Payment | | 0.00 | 176.77 |

DOS: 04/05/18 - 04/05/18    Enc Num: 25036782    Charges: 334.00    Adjustments: 95.97    Payments: -238.03    Balance: 0.00

| Date | Description | Performing Provider | Charges and Debits | Payments and Credits |
|------|-------------|---------------------|--------------------|----------------------|
| 04/05/18 | OFFICE/OUTPATIENT VISIT, EST COMPLEX CPT:  99215    DX:  F329 | Grantham, Patricia MD | 142.00 | 0.00 |
| 04/05/18 | OFFICE/OUTPATIENT VISIT, EST COMPLEX CPT:  99215    DX:  F329 | Grantham, Patricia MD | 192.00 | 0.00 |
| 04/06/18 | Patient Payment Check | | 0.00 | 20.00 |
| 04/24/18 | Blue Cross Adjustment | | 0.00 | 95.97 |
| 04/24/18 | Blue Cross Payment | | 0.00 | 218.03 |







## DANIEL C. BROOKE, M.D., P.C.

BOARD CERTIFIED ORTHOPEDIC SURGEON

2600 Wilson Street, Suite 1
Miles City, MT 59301

Telephone (406) 233-2520
Fax (406) 233-4062
1-800-843-3820

*Offices Located at Holy Rosary Clinic Complex*

*Serving Eastern Montana's Orthopedic Needs*

12/26/2017

Dear Julie Brown,

Thank you for allowing me to participate in your care. The following is a summary of your visit dated Dec 21, 2017.

Current Medications:

**1 Advair 500-50 Diskus Mcg/dose (Other MD)** SIG: 1 puff daily
**2 Cartia Xt 180 Mg Capsule (Other MD)** SIG: Take 1 daily
**3 Cymbalta 60 Mg Capsule (Other MD)** SIG: Take 1 daily
**4 Eliquis 5 Mg Tablet (Other MD)** SIG: Take 1 daily
**5 Gabapentin 300 Mg Capsule (Other MD)** SIG: Take 5 at bedtime
**6 Hydrocodone-acetaminophen 5-325 Mg Tablet (Other MD)** SIG: Take 1-2 every 6 hours as needed
**7 Prilosec Dr 20 Mg Capsule (Other MD)** SIG: Take 2 daily
**8 Requip 0.5 Mg Tablet (Other MD)** SIG: Take 1 and 1/2 tablets daily
**9 Valtrex 500 Mg Caplet (Other MD)** SIG: Take 1 daily
**10 Zyrtec 10 Mg Tablet (Other MD)** SIG: Take 1 daily

Reason for visit:

This patient is here for a subsequent visit for her closed displaced right proximal fibula fracture and right tibial plateau fracture. Date of injury Jul 7, 2017. She had fixation in Lousianna. She is attending PT. Her ROM is about 72.

Vitals:

**Height:** 5' 3", **Weight:** 165 lbs, **BP:** 124/78, **BMI:** 29.23, **BSA:** 1.82, **Pulse:** 76

Examination:

**Knee:**

(RIGHT).

Patient has a stable knee. The skin is intact. Patient's range of motion is to 70° approximately. This is a cold measurement. Distal neurocirculatory examination is stable.

Plan:

**Follow-up:**

Patient to follow up with CT results.

I had a long and careful discussion with the patient about her issue. She's frustrated. She is very concerned because her range of motion is only 70° and this patient is very active 50-year-old who continues to work. This

-11-



is problematic for the patient.

We see that in a CAT scan from 2 months ago, the patient had some partial bridging of the fracture appreciated.

I've explained the patient I think it prudent, justified, and appropriate to repeat the CT scan to see whether the bridging continues. After that, we'll need to make a decision with the patient about what to do next. At this point, I will allow the patient 50-75% weightbearing, but this is dependant on her discomfort. If she has increased discomfort, she is to return to whatever level is more comfortable, even back down to 30% if necessary. She feels comfortable but she'll be able to increase her weightbearing and I agree.

I think they'll that we need to do the repeat CAT scan to make a decision about a manipulation under anesthesia. The patient will carefully consider all the options here. There is a risk of fracturing through the area of healing callus and/or the plate and this would be very disastrous for the patient.

At this point however, we need to make a decision about range of motion and in this 50-year-old active individual 70° unacceptable to her and I would agree. It's going to make it very difficult for her.

The patient had a postsurgical brace that is ill fitting and too long. The patient now needs a rehabilitation brace and I've explained that to her and will help her order it. The surgical postop brace is not acceptable but a rehabilitation brace, and this is not unexpected that the patient finds now that the postsurgical brace is ill fitting. We will help her pain a rehabilitation brace.

I've shown her an example of that.
Diagnosis:
S82.141D   Displaced bicondylar fracture of right tibia, subsequent encounter for closed fracture with routine healing
M25.661   Stiffness of right knee, not elsewhere classified
W10.8XXD           Fall (on) (from) other stairs and steps, subsequent encounter


If you have any questions feel free to call my office at the number listed above.


Sincerely,


Daniel C. Brooke, MD





| | | |
|---|---|---|
| JULIE FRAZIER BROWN | * | NUMBER:  609,894-C |
| VERSUS | * | 1ST JUDICIAL DISTRICT COURT |
| CINEMARK USA, INC. D/B/A CINEMARK TINSELTOWN AND XD | * | CADDO PARISH, LOUISIANA |

### NOTICE OF FILING OF REMOVAL

PLEASE TAKE NOTICE that the defendant, Cinemark USA, Inc., has, on this 19th day of March, 2019, filed in the Office of the Clerk of Court of the United States District Court for the Western District of Louisiana, Shreveport Division, a Notice of Removal of the captioned matter, a copy of said Notice being served herewith (See Exhibit "1"), in conformity with 28 USC, Section 1446(d). Pursuant to 28 USC, Section 1446(d), this state court action shall proceed no further unless and until remanded.

Defendant, Cinemark USA, Inc., certifies that the foregoing written Notice of Filing of Removal has been served by facsimile and mailed to the plaintiff's attorney of record, J. Allen Cooper, The Law Office of Allen Cooper, LLC, 551 Kings Hwy., Shreveport, LA 71104.

MAYER, SMITH & ROBERTS, L.L.P.
Attorneys for CINEMARK USA, INC.

BY _____
Ben Marshall, Jr. #8950
Marcus E. Edwards, #33113
1550 Creswell
Shreveport, LA  71101
Telephone: 318-222-2135
Fax: 318-222-6420



## C E R T I F I C A T E

I HEREBY CERTIFY that a copy of the above and foregoing Notice of Filing of

Removal has been served upon:

> J. Allen Cooper                    Counsel for Plaintiff, Julie Frazier Brown
> The Law Office of Allen Cooper, L.L.C.
> 551 Kings Highway
> Shreveport, LA  71104

by e-mail and by depositing said copy in the United States Mail, postage pre-paid and

properly affixed thereto, on this 19th day of March, 2019.

OF COUNSEL

2